```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
KAMAL MARTIN,                       :
                                    :
       Petitioner,              :   Civ. No. 20-9519 (NLH)
                                    :
   v.                              :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
WARDEN CHARLES WARREN,              :
                                    :
       Respondent.              :
_____:

APPEARANCES:

Kamal Martin
49263
Cumberland County Department of Corrections
54 West Broad Street
Bridgeton, Nj 08302

    Petitioner Pro se

Jennifer Webb-McRae, Cumberland County Prosecutor
Andre R. Araujo, Assistant Prosecutor
Cumberland County Prosecutor's Office
115 Vine Street
Bridgeton, New Jersey 08302

    Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Kamal Martin filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his pretrial detention in the Cumberland County Jail, see ECF No. 1; and

WHEREAS, Respondent has informed the Court that Petitioner has been released from the Cumberland County Jail and is now in the custody of the Federal Bureau of Prisons, ECF No. 4-26; and

WHEREAS, Warden Richard Smith retired effective January 8, 2021 and has been replaced by Charles Warren, ECF No. 5; and

WHEREAS, Petitioner's challenge to his pretrial custody is rendered moot by his release into federal custody; and

WHEREAS, the Court cannot grant relief under § 2241 as Petitioner is now in custody pursuant to a federal court judgment,

THEREFORE, IT IS on this __1st__ day of February, 2021

ORDERED that the Clerk shall substitute Warden Charles Warren for Richard Smith, Fed. R. Civ. P. 25(d); and

ORDERED that the petition, ECF No. 1, is dismissed as moot; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.

At Camden, New Jersey

                                           s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.